FILED 2 JAN '20 14:20 USDC-ORP

ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

U.S. MARSHALS SERVICE
DEC 20 '19  8:44AM

| United States of America | ) |
|---|---|
| v. | ) |
| RICHARD STEVEN ALBERTS, II | ) Case No. 3:19-cr-00596-SI-1 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*         **RICHARD STEVEN ALBERTS, II**                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances
Distribution of Heroin

Date: __12/20/2019__

City and State: __Portland, OR__

_s/J Norgate_
*Issuing officer's signature*

**J Norgate, Deputy Clerk**
*Printed name and title*

### Return



This warrant was received on *(date)* __12/23/19__, and the person was arrested on *(date)* _____
at *(city and state)* _____
DATE 12/23/19
ARRESTED BY: FBI
BY GERG, R.W.   U.S. MARSHAL

Date: _____

_Arresting officer's signature_

_Printed name and title_