**Stephen J. Doyle**
**Attorney at Law, OSB #822428**
**12833 SE Sprout Ln.**
**Portland, OR 97222**
**Phone:  503-208-9017**
**Email:  steve@sjdoylelaw.com**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 3:19-cr-00596-SI-1** |
| **v.** | **NOTICE OF CHANGE OF** |
| | **ADDRESS FOR DEFENSE COUNSEL** |
| **RICHARD STEVEN ALBERTS, II,** | |
| **Defendant.** | |

PLEASE TAKE NOTICE that defense counsel's mailing address has changed to the

following:

12833 SE Sprout Ln.
Portland, OR 97222

RESPECTFULLY SUBMITTED this 8th day of July, 2020.

*s/Stephen J. Doyle*
STEPHEN J. DOYLE, OSB No. 822428
Attorney for Defendant

1 – NOTICE OF CHANGE OF ADDRESS FOR DEFENSE COUNSEL