BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**CRAIG J. GABRIEL, OSB #012571**
Craig.Gabriel@usdoj.gov
**SCOTT E. BRADFORD, OSB #062824**
Scott.Bradford@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-00596-SI-01 |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| RICHARD STEVEN ALBERTS II, | Sentencing Date: February 22, 2021 |
| Defendant. | 10:00 a.m. |

### Introduction

Defendant Alberts pleaded guilty to one count of Conspiracy to Distribute Controlled Substances under 21 U.S.C. §§ 841 and 846. As a correctional officer at the Coffee Creek Correctional Facility, he smuggled contraband drugs into the prison for distribution to at least one inmate.

The parties are jointly recommending a prison sentence of a year and a day.

**Factual Background**

The offense conduct is accurately set forth in paragraphs 12 – 37 of the Presentence Investigation Report.

**Guideline Computations**

The base offense level is 12 under USSG § 2D1.1(c)(12), because the offense involved less than 10 grams of heroin. Two levels are added under USSG § 2D1.1(b)(4), as the offense involved the distribution of a controlled substance into a correctional facility. Defendant is "safety valve" eligible, so a 2-level reduction under USSG § 2D1.1(b)(18) is appropriate. Pursuant to USSG § 3B1.3, defendant abused his position of trust in committing this offense, so a 2-level enhancement applies. After deducting 2 levels for acceptance of responsibility, defendant's Total Offense Level is 12. Defendant is in Criminal History Category I, so the advisory guideline range is 10 – 16 months of custody in Zone C.

**Joint Sentencing Recommendation**

Pursuant to the plea agreement, the parties are jointly recommending a sentence of 12 months and a day in prison. At the sentencing hearing, the government will outline the reasons why such a sentence is sufficient, but not greater than necessary, considering the factors in 18 U.S.C. § 3553(a).

/ / /

/ / /

/ / /

/ / /

**Conclusion**

  Based on the foregoing, the government recommends that this Court impose a sentence of 12 months and a day in prison, followed by three years of supervised release, with the standard and special conditions listed in the Presentence Investigation Report.

Dated: February 18, 2021					Respectfully submitted,

                   BILLY J. WILLIAMS
                   United States Attorney

                   */s/ Craig J. Gabriel*
                   CRAIG J. GABRIEL, OSB #012571
                   SCOTT E. BRADFORD, OSB #062824
                   Assistant United States Attorneys